**Order entered June 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01678-CR

**CHARLES RICHARD VANDIVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-56764-M**

## ORDER

The Court **REINSTATES** the appeal.

On May 13, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On June 13, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the May 13, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
        JUSTICE